UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-23765-CIV-LENARD/O'SULLIVAN

ARTHUR N. RAZOR,

    Plaintiff,
v.

STATE OF FLORIDA, et al.,

    Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 32) AND GRANTING DEFENDANTS' MOTION TO DISMISS (D.E. 18)

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge William C. Turnoff ("Report," D.E. 32), issued on April 7, 2011, recommending the Court grant Defendants' Motion to Dismiss (D.E. 18) and deny Plaintiff's request for attorney's fees. On August 31, 2010, Plaintiff filed his First Amended Complaint (D.E. 9) *pro se*.[1] Although rambling and incoherent at times, the First Amended Complaint generally seeks declaratory relief enjoining the Defendants State of Florida, Office of Financial Regulation, and Division of Administrative Hearings, from pursuing the revocation of Plaintiff's mortgage broker's license based upon a prior disciplinary action instituted by the Florida Bar and the Florida Supreme Court. Plaintiff alleges a conspiracy against him

---

[1] Plaintiff is a lawyer, albeit presently suspended from practicing law by the State of Florida.

involving the Honorable Barbara Pariente, Justice of the Florida Supreme Court, the Honorable Jeffery Colbath, a circuit court judge in the 15th Judicial Circuit, and John and Jane Doe.

The Report concludes that Plaintiff's First Amended Complaint fails to state a claim upon which relief may be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The Report also concludes that the Court lacks jurisdiction under the First, Fifth, and Fourteenth Amendments to the U.S. Constitution or 42 U.S.C. §§ 1981-83. The Report additionally concludes the First Amended Complaint should be dismissed due to Plaintiff's failure to exhaust his administrative remedies. Finally, the Report recommends dismissal on the grounds that the State of Florida and Division of Administrative Hearings are not proper parties. Lastly, the Magistrate Judge advises the Parties they have fourteen (14) days to file any objections to the Report. As of the date of this Order, no objections have been filed. The failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Based on a review of the Magistrate Judge's Report, the Motion to Dismiss, the related pleadings, and the record, it is hereby **ORDERED AND ADJUDGED** that:

1. Consistent with this Order, the Report and Recommendation of the Magistrate Judge (D.E. 32), issued on April 7, 2011, is **ADOPTED;**

2. Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (D.E. 18)

   is **GRANTED**;

3.  Plaintiff's request for attorney's fees for representing himself is **DENIED**;

4.  All other pending motions are **DENIED AS MOOT**;

5.  This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of April, 2011.

           */s/ Joan A. Lenard*
           **JOAN A. LENARD**
           **UNITED STATES DISTRICT JUDGE**